JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDY STABILE,<br>　　　　　Plaintiff,<br>　　v.<br>PAUL SMITH LIMITED; PAUL SMITH LOS ANGELES, LLC; THE RUG COMPANY LIMITED; THE RUG COMPANY, LTD. (CA),<br>　　　　　Defendants. | Case No. CV 14-3749 DMG (SHx)<br><br>**JUDGMENT** |

　　　Pursuant to the Court's June 31, 2015 Order granting Defendants' Motion for Summary Judgment [Doc. # 70], IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of Defendants Paul Smith Ltd., Paul Smith Los Angeles, LLC; The Rug Company Limited; and The Rug Company, Ltd. (CA) and against Judy Stabile, who shall take nothing.

　　　IT IS SO ORDERED.

DATED: July 31, 2015

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE